**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 9, 2025.**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00093-CV

---

### STATE OF TEXAS, Appellant

### V.

### CITY OF SAN ANTONIO, GINA ORTIZ JONES, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SAN ANTONIO,[1] AND ERIK WALSH, IN HIS OFFICIAL CAPACITY AS CITY MANAGER OF THE CITY OF SAN ANTONIO, Appellees

---

**On Appeal from the 407th Judicial District Court
Bexar County, Texas
Trial Court Cause No. 2025CI07833**

---

[1] Ron Nirenberg, who in his official capacity as Mayor of San Antonio was previously a named defendant in this case, was succeeded by Gina Ortiz Jones. In accordance with Rule 7.2(a) of the Texas Rules of Appellate Procedure, Mayor Jones has been automatically substituted as a party to this appeal.

## MEMORANDUM OPINION

This is an appeal from an order signed May 16, 2025. On September 19, 2025, appellees filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.